## ORDER

PER CURIAM.

Plaintiff, Northland National Bank, brought suit against defendants, Dr. Roland Tullberg and Kathryn Miller, for negligent misrepresentation. Specifically, plaintiff alleged that defendants negligently misrepresented Dr. Tullberg's power and authority to execute certain documents on behalf of the Maryville R–II School District. The jury returned a verdict in favor of defendants. The court entered judgment on the jury's verdict and denied plaintiff's motion for a new trial. Plaintiff appeals.

Judgment affirmed. Rule 84.16(b).

assault in the first degree under § 565.050, RSMo 1994, for which he received a sentence of ten years, and one count of armed criminal action under § 571.015, RSMo 1994, for which he received a sentence of seven years. The judge ordered the sentences to run consecutively.

We have reviewed the briefs of the parties and the record on appeal and find no error. Because a published opinion would have no precedential value, we affirm by this summary order under Rule 30.25(b) but have furnished the parties with a memorandum opinion, for their information only, setting forth our reasoning.

Affirmed. Rule 30.25(b).

---

■

**STATE of Missouri, Respondent,**

v.

**Lee Maurice CLEMMONS, Appellant.**

**No. WD 50068.**

Missouri Court of Appeals,
Western District.

June 25, 1996.

James C. Cox, Assistant Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jill C. LaHue, Assistant Attorney General, Jefferson City, for respondent.

Before LAURA DENVIR STITH, P.J., and ULRICH and SMART, JJ.

## ORDER

PER CURIAM.

Lee M. Clemmons appeals from a jury verdict finding him guilty of one count of

■

**Rocco B. KING, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 52236.**

Missouri Court of Appeals,
Western District.

June 25, 1996.

Jarrett A. Johnson, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jill C. LaHue, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and HANNA and SPINDEN, JJ.

## ORDER

PER CURIAM.

The defendant appeals from the denial of his Rule 24.035 motion for post-conviction